```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
```
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BRADLEY, SR. AND DENISE BRADLEY, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, <br><br> Defendants. | CASE NO. C 06 0549 EMC <br><br> Before the Honorable Edward M. Chen <br><br> **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Conference Date: May 3, 2006 <br> Conference Time: 1:30 p.m. <br> Location: Courtroom C, 15th Floor <br> San Francisco |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the May 3, 2006 Case Management Conference ("CMC") to __October 4, 2006__, at __1:30 p.m.__. In the event the case is not transferred a part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, for enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: __April 26, 2006__

_____
Honorable Edward M. Chen
United States District Court Judge

I:\4500.ZYPREXA\Client Folders\Bradley.47135\Complaint\CMC.PROPOSED.ORDER.doc

- 3 -    [PROPOSED] ORDER