IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BRADLEY, SR. and DENISE BRADLEY,<br><br>             Plaintiffs,<br><br>   v.<br><br>ELI LILLY AND COMPANY,<br><br>             Defendant | No. C-06-0549 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

   Before the Court is the parties' Joint Case Management Conference Statement, filed September 26, 2006, by which the parties seek to vacate or continue the October 6, 2006 case management conference. The parties state the instant action is subject to a conditional order transferring the action for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

   Accordingly, for good cause shown, the October 6, 2006 case management conference is hereby VACATED.

   **IT IS SO ORDERED.**

Dated: September 27, 2006

_____
MAXINE M. CHESNEY
United States District Judge